JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        Another District
        *(specify)*

☐ 6  Multidistrict
        Litigation -
        Transfer

☐ 8  Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
        UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:        ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____                    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

***RELATED CASE, IF ANY:***

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   _/s/ Robert. J. Cahall, Esq._

Esq. _____   *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

| | |
|---|---|
| **A.**    *Federal Question Cases:* | **B.**    *Diversity Jurisdiction Cases:* |
| ☐   1.   Indemnity Contract, Marine Contract, and All Other Contracts | ☐   1.   Insurance Contract and Other Contracts |
| ☐   2.   FELA | ☐   2.   Airplane Personal Injury |
| ☐   3.   Jones Act-Personal Injury | ☐   3.   Assault, Defamation |
| ☐   4.   Antitrust | ☐   4.   Marine Personal Injury |
| ☐   5.   Patent | ☐   5.   Motor Vehicle Personal Injury |
| ☐   6.   Labor-Management Relations | ☐   6.   Other Personal Injury *(Please specify):* _____ |
| ☐   7.   Civil Rights | ☐   7.   Products Liability |
| ☐   8.   Habeas Corpus | ☐   8.   Products Liability – Asbestos |
| ☐   9.   Securities Act(s) Cases | ☐   9.   All other Diversity Cases |
| ☐   10.   Social Security Review Cases |      *(Please specify):* _____ |
| ☐   11.   All other Federal Question Cases | |
|      *(Please specify):* _____ | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐   Relief other than monetary damages is sought.

DATE: _____   <span style="color:red">*Sign here if applicable*</span> _____   _____

     *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year      Yes ☐     No ☐
    previously terminated action in this court?

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit     Yes ☐     No ☐
    pending or within one year previously terminated action in this court?

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier      Yes ☐     No ☐
    numbered case pending or within one year previously terminated action of this court?

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights     Yes ☐     No ☐
    case filed by the same individual?

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____          _/s/ Robert. J. Cahall_, Esq.
Esq. _____                *Attorney-at-Law / Pro Se Plaintiff*                    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

| A. | *Federal Question Cases:* | B. | *Diversity Jurisdiction Cases:* |
|---|---|---|---|

A.  *Federal Question Cases:*

☐ 1.  Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.  FELA
☐ 3.  Jones Act-Personal Injury
☐ 4.  Antitrust
☐ 5.  Patent
☐ 6.  Labor-Management Relations
☐ 7.  Civil Rights
☐ 8.  Habeas Corpus
☐ 9.  Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify): _____*

B.  *Diversity Jurisdiction Cases:*

☐ 1.  Insurance Contract and Other Contracts
☐ 2.  Airplane Personal Injury
☐ 3.  Assault, Defamation
☐ 4.  Marine Personal Injury
☐ 5.  Motor Vehicle Personal Injury
☐ 6.  Other Personal Injury *(Please specify): _____*
☐ 7.  Products Liability
☐ 8.  Products Liability – Asbestos
☐ 9.  All other Diversity Cases
       *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____          <span style="color:red">Sign here if applicable</span>
                                       *Attorney-at-Law / Pro Se Plaintiff*                    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| EAST THOMPSON DEVELOPMENT, LLC | : | CIVIL  ACTION |
| | : | |
| v. | : | |
| | : | |
| WESTMINSTER AMERICAN | : | NO. |
| INSURANE COMPANY | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be  assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of   Health
and Human Services denying plaintiff Social  Security Benefits.          ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage  from
exposure to asbestos.          ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of   special
management cases.)          ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.     (X)


| | | |
|---|---|---|
| May 18, 2020 | Robert J. Cahall, Esquire | Westminster American Ins. Co. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| | | |
| | | |
| (215) 972-0161 | **(215) 972-5580** | **R.Cahall@mccormickpriore.com** |
| **Telepone** | **FAX Number** | **E-MAIL** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EAST THOMPSON | : | NOTICE OF REMOVAL OF |
| DEVELOPMENT, LLC | : | ACTION UNDER 28 U.S.C. §1332(a)(1) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| WESTMINSTER AMERICAN | : | |
| INSURANCE COMPANY | : | NO. |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, Westminster American Insurance Company, hereby removes to this Court the state court action described below.

1.      Plaintiff, East Thompson Development, LLC, (hereinafter, "Plaintiff"), filed a Complaint against Defendant. Westminster American Insurance Company, (hereinafter, "Westminster"), in the Court of Common Pleas of Philadelphia County, Pennsylvania, on or about April 17, 2020.  *See* Plaintiff's Complaint, a true and correct copy of which is attached hereto as Exhibit "A."

2.      That action has been assigned Case Number CV-2020-0400830 by the Philadelphia County Court of Common Pleas.  *See Exhibit "A."*

3.      Plaintiff's Complaint was served on Westminster via certified United States Mail under cover of April 17, 2020. *See* Pa.R.C.P. 403.

4.      Accordingly, pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed.

5.      The removal statute, 28 U.S.C. § 1441, provides, in pertinent part:

(a)      Generally – Except as otherwise expressly provided by Act

of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action in pending.

28 U.S.C. § 1441(a).

6.     Further, 28 U.S.C. § 1332(a) provides, in pertinent part:

(a)  The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –

(1)     citizens of different states;

28 U.S.C. § 1332(a).

7.     In the Complaint, Plaintiff alleges that Westminster breached its contractual obligation in its failure to provide coverage for property damage to Plaintiff under the subject policy.  *See* Exhibit "A."

8.     Plaintiff expressly seeks damages equal to the policy limits of $505,000 from the Westminster policy that is the subject of this litigation. *See* Exhibit "A" ¶ 39.

9.     Further, in addition to the policy limits, Plaintiff seeks punitive damages for alleged bad faith conduct on behalf of Westminster. *See* Exhibit "A" at Count III.

10.     Further, Plaintiff alleges that the value of the case is in excess of fifty-thousand dollars compulsory arbitration limits of state Court, without suggesting any liquidated total damages or proof signifying a virtual certainty that damages will not exceed $75,000. *Id.*

11.     As a result, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied herein.  *See* 28 U.S.C. § 1332(a).

12.     Plaintiff has alleged that it is a limited liability company organized in the Commonwealth of Pennsylvania, with its principal place of business located at 633 East

Thompson Street, Philadelphia, Philadelphia County, Pennsylvania, at all times material hereto. *See* Exhibit "A" ¶ 1.

13.     Although pled as "East Thompson Development,'' the correct name for plaintiff is "E. Thompson Development, LLC," with a Pennsylvania business entity number of 6633390. Plaintiff's limited liability company contains a single member, Walter Marino, who, upon information and belief, was at all times material hereto a resident of the State of New Jersey with an address of 119 Colony Place, Mount Laurel, New Jersey 08054. *See Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) ("Accordingly, the citizenship of an LLC is determined by the citizenship of its members.") (citation omitted).

14.     Westminster is a Maryland corporation with a primary address at 8890 McDonough Road, Suite 310, Owings Mill, Maryland, and a principal place of business in Owings Mills, Maryland.

15.     As a result, the plaintiff and defendant are citizens of New Jersey and Maryland, respectively, and complete diversity of citizenship is present.

16.     Accordingly, pursuant to 28 U.S.C. § 1332(a)(1), the United States District Court for the Eastern District of Pennsylvania has jurisdiction over this matter.

17.     Therefore, Westminster hereby removes this matter to the United States District Court for the Eastern District of Pennsylvania.

18.     Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Notice is hereby given that this action is removed from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

**McCORMICK & PRIORE, P.C.**

BY:   *S/ Scott J. Tredwell, Esquire*

      Scott J. Tredwell, Esquire
      Attorney for Defendant,
      Westminster American Insurance Company
      **McCormick & Priore, P.C.**
      Four Penn Center, Suite 800
      1600 John F. Kennedy Boulevard
      Philadelphia, Pennsylvania 19103
      (T) 215-972-0161 / (F) 215-972-5580
      stredwell@mccormickpriore.com

Dated: May 18, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Scott J. Tredwell, Esquire, attorney for Defendant in the within action, hereby certify that I am duly authorized to make this certification; and that on this date, I did cause a true and correct copy of the foregoing **Notice of Removal** to be forwarded by email to counsel addressed as follows:

Michael J. Burns, Esquire
530 Street Road
Southampton, Pennsylvania 18966
***Attorney for Plaintiff***

**McCORMICK & PRIORE, P.C.**

BY:   *S/ Scott J. Tredwell, Esquire*
Scott J. Tredwell, Esquire
Attorney for Defendant,
Westminster American Insurance Company
**McCormick & Priore, P.C.**
Four Penn Center, Suite 800
1600 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
(T) 215-972-0161 / (F) 215-972-5580
stredwell@mccormickpriore.com

Dated: <u>May 18, 2020</u>